IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRYANT D. CLARK | § | CASE NO.13-40305 |
| xxx-xx-6323 | § | CHAPTER 13 |
| 219 Palomino Lane | § | |
| Celina, TX 75009 | § | |
| | § | |
| DEBTOR | § | |

OBJECTION TO ALLOWANCE OF CLAIM #7
FILED BY BANK OF AMERICA

**NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS AN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN RESPONSE IS FILES AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR RESPONSE MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

BRYANT D. CLARK, the above named Debtor, objects to the allowance of the claim #7 by BANK OF AMERICA, filed herein in the amount of $248,990.15, upon the following grounds:

1. This is a Chapter 13 case filed 2/4/2013.

2. On or about March 27, 2013, BANK OF AMERICA filed Proof of Claim arrearages for $17,229.47, alleging a security interest as described in the Proof of Claim.

3. Debtor disputes this arrearage claim. Debtor alleges that the arrears to this creditor is only of $12,636.00 at 0% interest.

WHEREFORE, BRYANT D. CLARK, Debtor, prays that said claim #7 of BANK OF AMERICA in the arrears amount of $17,229.47, be allowed as a secured arrearage claim in the amount of $12,636.00 at 0% interest, and that they have such other and further relief as is just.

DATE: April 16, 2014

        Respectfully submitted,

        BARRON & BARRON, L.L.P.
        P. O. Box 1347
        NEDERLAND, TEXAS  77627
        (409) 727-0073


        BY:/s/ Robert E. Barron_____
        ROBERT E. BARRON
        TBA NO. 01820800

        ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

  I hereby certify that on April 16, 2014, a true and correct copy of the above and foregoing document shall be served via electronic means, if available, otherwise by regular, first class mail, to the following:

**Bank of America**
400 Countrywide Way
Mail Stop SV- 46
Simi Valley, CA 90365

**Bank of America, N.A.**
c/o BDFTE, LLP
15000 Surveyor Blvd Suite 100
Addison, TX 75001

**Janna L. Countryman**
P.O. Box 941166
Plano, TX 75094-1166

**Mr. and Mrs. Bryant D. Clark**
219 Palomino Lane
Celina, TX 75009

**Steve Turner**
Barrett Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, TX 78701

**Capital One, N.A.**
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

**Green Tree Servicing LLC.**
Po Box 6154
Rapid City, SD 57709-6154

**Vendvision, Co-Debtor**
2695 Villa Ci Circle
Dallas, TX 75244

**JPMorgan Chase Bank, N. A.**
c/o BDFTE, LLP
15000 Surveyor Blvd Suite 100
Addison, TX 75001

**Nissan Motor Acceptance**
c/o Charles E. Lauffer, Jr.
821 ESE Loop 323, Suite 530
Tyler, TX 75701

**US Trustee**
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

**Alane A. Becket**
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

**eCAST Settlement Corporation**
POB 29262
New York, NY 10087-9262


       /s/ Robert E. Barron
      ROBERT E. BARRON