IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRYANT D. CLARK | § | CASE NO.13-40305 |
| xxx-xx-6323 | § | CHAPTER 13 |
| 219 Palomino Lane | § | |
| Celina, TX 75009 | § | |
| | § | |
| MONTINA L. CLARK | § | |
| xxx-xx-2316 | § | |
| | § | |
| DEBTOR(S) | § | |

OBJECTION TO ALLOWANCE OF CLAIM #16-1
FILED BY CAPITAL ONE

**NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS AN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE.  IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN RESPONSE IS FILES AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR RESPONSE MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

Bryant D. Clark and Montina L. Clark, the above named Debtors, object to the allowance of the claim #16-1  of CAPITAL ONE  filed herein in the amount of $7,460.35, upon the following grounds:

1.  A copy of said proof of claim (without exhibits) is attached as Exhibit 1.

2.  Debtors would show that the value of the collateral described in the proof of claim is $1,000.00, pursuant to the affidavit attached as Exhibit 2.

3.  Accordingly, Debtors allege that the obligation of Debtors to this creditor is secured to the extent of $1,000.00 and unsecured as to the balance of this creditor's claim.

WHEREFORE, Bryant D. Clark and Montina L. Clark, Debtors, pray that said claim #161 of CAPITAL ONE  in the amount of $7,460.35 be allowed as a secured claim in the

amount of $1,000.00 and the balance be treated as a general unsecured claim, and that they have such other and further relief as is just.

DATE:  April 16, 2014

    Respectfully submitted,

    BARRON & BARRON, L.L.P.
    P. O. Box 1347
    NEDERLAND, TEXAS  77627
    (409) 727-0073


    BY: /s/ Robert E. Barron
    ROBERT E. BARRON
    TBA NO. 01820800

    ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2014, a true and correct copy of the above and foregoing document shall be served via electronic means, if available, otherwise by regular, first class mail to the following:

**Capital One**
c/o Bass & Associates
3936 E. Ft. Lowell Rd. Ste 200
Tucson, AZ 85712

**Bank of America, N.A.**
c/o BDFTE, LLP
15000 Surveyor Blvd Suite 100
Addison, TX 75001

**Janna L. Countryman**
P.O. Box 941166
Plano, TX 75094-1166

**Mr. and Mrs. Bryant D. Clark**
219 Palomino Lane
Celina, TX 75009

**Steve Turner**
Barrett Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, TX 78701

**Capital One, N.A.**
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

**Green Tree Servicing LLC.**
Po Box 6154
Rapid City, SD 57709-6154

**Vendvision, Co-Debtor**
2695 Villa Ci Circle
Dallas, TX 75244

**JPMorgan Chase Bank, N. A.**
c/o BDFTE, LLP
15000 Surveyor Blvd Suite 100
Addison, TX 75001

**Nissan Motor Acceptance**
c/o Charles E. Lauffer, Jr.
821 ESE Loop 323, Suite 530
Tyler, TX 75701

**US Trustee**
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

**Alane A. Becket**
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

**eCAST Settlement Corporation**
POB 29262
New York, NY 10087-9262

    /s/ Robert E. Barron
    ROBERT E. BARRON